UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LAVELLE LOWE,<br><br>　　　　　　Plaintiff<br><br>　v.<br><br>WILLIAM GITTERE, et al.,<br><br>　　　　　　Defendants | Case No. 2:21-cv-01100-RFB-DJA<br><br>ORDER |

　　　　The Office of the Attorney General did not accept service of process on behalf of Defendant Thomas Quinlan, who is no longer an employee of the Nevada Department of Corrections, and Defendant Cruz, who the Attorney General is unable to identify. (ECF Nos. 7, 10). The Attorney General has filed the last known address of Defendant Quinlan under seal. (ECF No. 11). The Court grants Plaintiff's application to proceed *in forma pauperis* (ECF No. 3) and addresses the matter of service. If Plaintiff wishes to have the U.S. Marshal attempt service on Defendants Quinlan and/or Cruz, he shall follow the instructions contained in this order.

## CONCLUSION

　　　　It is ordered that Plaintiff's application to proceed *in forma pauperis* (ECF No. 3) is GRANTED.  Plaintiff shall not be required to pay an initial installment of the filing fee. In the event that this action is dismissed, the full filing fee must still be paid pursuant to 28 U.S.C. § 1915(b)(2).  Plaintiff is permitted to maintain this action to conclusion without the necessity of prepayment of any additional fees or costs or the giving of security therefor.

　　　　It is further ordered that, pursuant to 28 U.S.C. § 1915, as amended by the Prison Litigation Reform Act, the Nevada Department of Corrections will forward payments from the account of **Lavelle Lowe, #93052** to the Clerk of the United States District Court, District of Nevada, 20% of the preceding month's deposits (in months that the

account exceeds $10.00) until the full $350 filing fee has been paid for this action. The Clerk of the Court will send a copy of this order to the Finance Division of the Clerk's Office. The Clerk will send a copy of this order to the attention of **Chief of Inmate Services for the Nevada Department of Corrections,** P.O. Box 7011, Carson City, NV 89702.

It is further ordered that, **with respect to Defendant Quinlan**, the Clerk shall ISSUE a summons for Defendant Thomas Quinlan and send the same to the U.S. Marshal with the address provided under seal. (ECF No. 11).

It is further ordered that, **with respect to Defendant Cruz**, the Clerk shall ISSUE a summons for Defendant Cruz and send the same to the U.S. Marshal.

It is further ordered that the Clerk shall also SEND sufficient copies of the complaint, (ECF No. 6), the screening order, (ECF No. 5), and this order to the U.S. Marshal for service on Defendants Quinlan and Cruz.

It is further ordered that the Clerk shall SEND to Plaintiff two USM-285 forms. Plaintiff shall have until Friday, May 20, 2022**,** to complete the USM-285 service forms and return it to the U.S. Marshals Service, 333 Las Vegas Boulevard South, Suite 2058, Las Vegas, NV 89101.

It is further ordered that, within **20 days** after receiving from the U.S. Marshal a copy of the USM-285 form(s) showing whether service has been accomplished, Plaintiff must FILE a notice with the Court identifying which Defendant(s) were served and which were not served, if any. If Plaintiff wishes to have service again attempted on an unserved Defendant(s), then a motion must be filed with the Court identifying the unserved Defendant(s) and specifying a more detailed name and/or address for said Defendant(s), or whether some other manner of service should be attempted.

It is further ordered that Plaintiff will serve upon defendant(s) or, if an appearance has been entered by counsel, upon their attorney(s), a copy of every pleading, motion or other document submitted for consideration by the Court. If Plaintiff electronically

files a document with the Court's electronic-filing system, no certificate of service is required. Fed. R. Civ. P. 5(d)(1)(B); Nev. Loc. R. IC 4-1(b); Nev. Loc. R. 5-1. However, if Plaintiff mails the document to the Court, Plaintiff shall include with the original document submitted for filing a certificate stating the date that a true and correct copy of the document was mailed to the defendants or counsel for the defendants. If counsel has entered a notice of appearance, Plaintiff shall direct service to the individual attorney named in the notice of appearance, at the physical or electronic address stated therein. The Court may disregard any document received by a district judge or magistrate judge which has not been filed with the Clerk, and any document received by a district judge, magistrate judge, or the Clerk which fails to include a certificate showing proper service when required.

If Plaintiff fails to follow this order, Defendants Quinlan and Cruz will be dismissed for failure to complete service of process pursuant to Fed.R.Civ.P. 4(m).

DATED this 21st day of April 2022.

_____
UNITED STATES MAGISTRATE JUDGE