UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| Lavelle Lowe,<br><br>  Plaintiff,<br><br>  v.<br><br>William Gittere, et al.,<br><br>  Defendants. | Case No. 2:21-cv-01100-RFB-DJA<br><br>**ORDER** |

Before the Court for consideration is the Report and Recommendation [ECF No. 20] of the Honorable Daniel J. Albregts, United States Magistrate Judge, entered July 5, 2022.

A district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). A party may file specific written objections to the findings and recommendations of a magistrate judge. 28 U.S.C. § 636(b)(1); Local Rule IB 3-2(a). When written objections have been filed the district court is required to "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1); see also Local Rule IB 3-2(b). Where a party fails to object, however, a district court is not required to conduct "any review," de novo or otherwise, of the report and recommendations of a magistrate judge. Thomas v. Arn, 474 U.S. 140, 149 (1985). Pursuant to Local Rule IB 3-2(a), objections were due by July 19, 2022. No objections have been filed. The Court has reviewed the record in this case and concurs with the Magistrate Judge's recommendations.

. . .

**IT IS THEREFORE ORDERED** that the Report and Recommendation [ECF No. 20] is ACCEPTED and ADOPTED in full.

**IT IS FURTHER ORDERED** that the case is referred to the early inmate mediation program.

**IT IS FURTHER ORDERED** that the case is stayed for ninety days to give Plaintiff and Cruz an opportunity to settle their dispute.

The Court Clerk is directed to mail a copy of this order to Plaintiff.

DATED: December 6, 2022.

_____
**RICHARD F. BOULWARE, II**
**United States District Judge**